EDWARD A. TRUMPBOUR et al., Respondents, *v.* ARTHUR A. JOHNSON CORPORATION, Appellant.

Argued January 13, 1938; decided March 8, 1938.

610

*Emil V. Pilz* and *Asa B. Kellogg* for appellant.
*Richard J. Stull* and *Philip A. Gore* for respondents.
Judgment affirmed, with costs; no opinion.
Concur: CRANE, Ch. J., O'BRIEN, HUBBS and RIPPEY, JJ. Dissenting: LEHMAN, LOUGHRAN and FINCH, JJ.